IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CARPENTERS DISTRICT COUNCIL OF<br>KANSAS CITY PENSION FUND, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>RILEY CONSTRUCTION CO., INC.,<br><br>                     Defendant. | No. 05-0216-CV-W-DW |

**JUDGMENT**

This matter came on for hearing pursuant to the Order of the Court and pursuant to Default Judgment entered September 22, 2005, Plaintiffs appeared by Paul E. Torlina, Arnold, Newbold, Winter & Jackson, P.C.

The Court having reviewed plaintiffs' evidence, and being fully advised of the premises,

IT IS HEREBY ORDERED AND ADJUDGED:

That Judgment be entered in favor of plaintiffs, Carpenters District Council of Kansas City Pension Fund and its respective Trustees, and against defendant, Riley Construction Co., Inc. in the amount of **FORTY-THREE THOUSAND, NINE HUNDRED FORTY-ONE AND 56/100 ($43,941.56) DOLLARS** as and for fringe benefit contributions due and owing for the period January 1, 2000 through January 31, 2005, **EIGHT THOUSAND, SEVEN HUNDRED EIGHTY-EIGHT AND 32/100 ($8,788.32) DOLLARS** as and for liquidated damages; **SEVEN THOUSAND, SIX HUNDRED TWENTY-NINE AND 45/100 ($7,629.45) DOLLARS** as and for interest; **SIX THOUSAND, SIXTEEN AND 50/100 ($6,016.50) DOLLARS** as and for audit costs; and **THREE THOUSAND, THIRTY-FIVE AND 79/100 ($3,035.79) DOLLARS** as and for attorneys' fees and costs.

That Judgment be entered in favor of plaintiffs, Carpenters District Council of Kansas City and Vicinity Welfare Fund and its respective Trustees, and against defendant, Riley Construction

Co., Inc. in the amount of **FORTY-ONE THOUSAND, SEVEN HUNDRED FORTY-FOUR AND 59/100 ($41,744.59) DOLLARS** as and for fringe benefit contributions due and owing for the period January 1, 2000 through January 31, 2005; **EIGHT THOUSAND, THREE HUNDRED FORTY-EIGHT AND 96/100 ($8,348.96) DOLLARS** as and for liquidated damages; **SIX THOUSAND, NINE HUNDRED TWENTY-TWO AND 18/100 ($6,922.18) DOLLARS** as and for interest; **THREE THOUSAND, EIGHT HUNDRED TEN AND 45/100 ($3,810.45) DOLLARS** as and for audit costs; and **ONE THOUSAND, NINE HUNDRED TWENTY-TWO AND 66/100 ($1,922.66) DOLLARS** as and for attorneys' fees and costs.

That Judgment be entered in favor of plaintiffs, Carpenters District Council of Kansas City and Vicinity Apprenticeship and Training Fund and its respective Trustees, and against defendant, Riley Construction Co., Inc. in the amount of **TWO THOUSAND, EIGHT HUNDRED SIXTY AND 32/100 ($2,860.32) DOLLARS** as and for fringe benefit contributions due and owing for the period January 1, 2000 through January 31, 2005; **FIVE HUNDRED SEVENTY-TWO AND 06/100 ($572.06) DOLLARS** as and for liquidated damages; **FOUR HUNDRED SIXTY-NINE AND 02/100 ($469.02) DOLLARS** as and for interest; **TWO HUNDRED AND 55/100 ($200.55) DOLLARS** as and for audit costs; and **ONE HUNDRED ONE AND 20/100 ($101.20) DOLLARS** as and for attorneys' fees and costs.

That the total judgment in favor of plaintiffs, Carpenters District Council of Kansas City Pension Fund, Carpenters District Council of Kansas City and Vicinity Welfare Fund, and Carpenters District Council of Kansas City and Vicinity Apprenticeship and Training Fund and each Funds' respective Trustees, and against defendant, Riley Construction Co., Inc., be entered in the amount of **ONE HUNDRED THIRTY-SIX THOUSAND, THREE HUNDRED SIXTY-THREE AND 61/100 ($136,363.61) DOLLARS**; with interest on all said amounts; costs of this action be assessed against the defendant.

Dated at Kansas City, Missouri, this <u>23rd</u> day of <u>May 2006</u>.

/s/ DEAN WHIPPLE<br>UNITED STATES DISTRICT JUDGE